UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NESE SAGUN, Individually, ELIF NAZ
SAGUN, Individually, and YUSUF
CAN SAGUN, Individually,

    Plaintiffs,

v.

    Case No. 3:24-cv-777-TJC-MCR

DIRECTOR, U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

    Defendant.

## O R D E R

Upon review of the Notice of Voluntary Dismissal (Doc. 5), filed on September 17, 2024, this case is dismissed without prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 19th day of September, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record